B6A (Official Form 6A) (12/07)

In re  King Robertson, Jr.                                          Case No.  __11-10156__
                                                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 3226 W. Jolly Road, Lansing, MI 48911 LOT 659, CHURCHILL DOWNS NO. 3 SUBDIVISION, CITY OF LANSING, INGHAM COUNTY, MICHIGAN, ACCORDING TO THE RECORDED PLAT THEREOF AS RECORDED IN LIBER 23 OF PLATS, PAGE 31, INGHAM COUNTY RECORDS. TAX ID. 3301-01-31-380-111 | Fee Simple | H | $66,000.00 | $65,570.00 |
| | | Total: | $66,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re King Robertson, Jr.                                            Case No. **11-10156**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH WITH DEBTOR | - | $1.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING & SAVINGS AT MSU FEDERAL CU | - | $30.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 4 TELEVISIONS-$20, 1 DVD PLAYER-$20, 2 LAMPS-$10, 1 STOVE-$50, 1 DISHWASHER-$50, 1 MICROWAVE-$75, 1 REFRIDERATOR-$100, 1 WASHER-$20, 1 DRYER-$20 | - | $365.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | WEARING APPAREL-HUSBAND-$100, CHILDREN-$100 | - | $200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | METROPOLITAN TERM LIFE POLICY WITH GM | - | $1.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re King Robertson, Jr.    Case No. **11-10156**
                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  King Robertson, Jr.                                                    Case No.  **11-10156**
                                                                                       (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Chevrolet Trailblazer | - | $5,100.00 |
| | | 2004 Lincoln | - | $10,520.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  King Robertson, Jr.                                          Case No.  **11-10156**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____3_____ continuation sheets attached     **Total >**     $16,217.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **King Robertson, Jr.**  Case No. **11-10156**
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 3226 W. Jolly Road, Lansing, MI 48911 LOT 659, CHURCHILL DOWNS NO. 3 SUBDIVISION, CITY OF LANSING, INGHAM COUNTY, MICHIGAN, ACCORDING TO THE RECORDED PLAT THEREOF AS RECORDED IN LIBER 23 OF PLATS, PAGE 31, INGHAM COUNTY RECORDS. TAX ID. 3301-01-31-380-111 | 11 U.S.C. § 522(d)(1) | $430.00 | $66,000.00 |
| CASH WITH DEBTOR | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| CHECKING & SAVINGS AT MSU FEDERAL CU | 11 U.S.C. § 522(d)(5) | $30.00 | $30.00 |
| 4 TELEVISIONS-$20, 1 DVD PLAYER-$20, 2 LAMPS-$10, 1 STOVE-$50, 1 DISHWASHER-$50, 1 MICROWAVE-$75, 1 REFRIDERATOR-$100, 1 WASHER-$20, 1 DRYER-$20 | 11 U.S.C. § 522(d)(3) | $365.00 | $365.00 |
| WEARING APPAREL-HUSBAND-$100, CHILDREN-$100 | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| METROPOLITAN TERM LIFE POLICY WITH GM | 11 U.S.C. § 522(d)(7) | $1.00 | $1.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $1,027.00 | $66,597.00 |

B6D (Official Form 6D) (12/07)
In re **King Robertson, Jr.**                                      Case No. **11-10156**
                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 158....<br><br>Carrington Mortgage Service<br>1610 E. Saint Andrew Place<br>Santa Ana, CA  92705 | | - | DATE INCURRED: 5-2004<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**3226 W. Jolly Rd., Lansing, MI  48911**<br>REMARKS:<br><br><br>VALUE:                            $66,000.00 | | | | $65,570.00 | |
| ACCT #: xxxx5215<br><br>Credit Acceptance<br>Silver Triangle Building<br>25505 West Twelve Mile Road, Ste. 3000<br>Southfield, MI  48034-8339 | | - | DATE INCURRED: 8/2011<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2004 Lincoln**<br>REMARKS:<br><br><br>VALUE:                            $10,520.00 | | | | $21,776.00 | $11,256.00 |
| ACCT #: 1463<br><br>MDT/Lansing Automakers Federal C.U.<br>106 N. Market Place Blvd.<br>Lansing, MI  48917 | | - | DATE INCURRED: 7/2007<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2002 Chevrolet Trailblazer**<br>REMARKS:<br><br><br>VALUE:                             $5,100.00 | | | | $7,366.00 | $2,266.00 |
| | | | Subtotal (Total of this Page) > | | | | $94,712.00 | $13,522.00 |
| | | | Total (Use only on last page) > | | | | $94,712.00 | $13,522.00 |

__No__ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **King Robertson, Jr.**  Case No.  **11-10156**
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **King Robertson, Jr.**　　　　　　　　　　　　　　　Case No. **11-10156**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-6269<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | - | DATE INCURRED: 2009<br>CONSIDERATION:<br>2009 INCOME TAX<br>REMARKS: | | | | $580.00 | $580.00 | $0.00 |
| ACCT #: xxx-xx-6269<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>2010 INCOME TAX<br>REMARKS: | | | | $1,500.00 | $1,500.00 | $0.00 |

Sheet no. __1__ of __1__ continuation sheets　　Subtotals (Totals of this page) >　　$2,080.00　　$2,080.00　　$0.00
attached to Schedule of Creditors Holding Priority Claims
　　　　　　　　　　　　　　　　　　　　　　　　　　Total >　　$2,080.00
　　(Use only on last page of the completed Schedule E.
　　Report also on the Summary of Schedules.)

　　　　　　　　　　　　　　　　　　　　　　　　　　Totals >　　　　　　　　$2,080.00　　$0.00
　　(Use only on last page of the completed Schedule E.
　　If applicable, report also on the Statistical Summary
　　of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)
In re   King Robertson, Jr.                                    Case No.   **11-10156**
                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Advance America #1314**<br>6030 S. Pennsylvania Ave., Ste. 9<br>Lansing, MI 48911 | | - | DATE INCURRED: 2011<br>CONSIDERATION:<br>Cash Advance<br>REMARKS: | | | | $600.00 |
| ACCT #: 4214....<br>**Asset Acceptance**<br>P.O. Box 1630<br>Warren, MI 48090 | | - | DATE INCURRED: 12-2010<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS:<br>COLLECTION BY: HSBC CARD SERVICES | | | | $5,416.00 |
| ACCT #: xxx5865<br>**Asset Recovery Solutions**<br>2200 E. Devon Ave., Ste. 200<br>Des Plaines, IL 60018 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Notice Purposes Only<br>REMARKS:<br>RE: DEBT OWED TO ART VAN | | | | $0.00 |
| ACCT #: xxxxxxxx1490<br>**Auto Club Group**<br>c/o NCO Financial<br>P.O. box 15372<br>Wilmington, DE 19850-5372 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS:<br>Collection by: NCO Financial | | | | $400.00 |
| ACCT #: xxxxxxxx4138<br>**CACH, LLC/Collect America**<br>4340 S. Monaco St. Unit 2<br>Denver, CO 80237 | | - | DATE INCURRED: 3-2011<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS:<br>COLLECTION BY: MBNA AMERICA NA | | | | $8,256.00 |
| ACCT #: xxxxxxxx7268<br>**Capital One**<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | | - | DATE INCURRED: 10-2006<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $1,486.00 |

Subtotal >  $16,158.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

____5____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re   King Robertson, Jr.                                          Case No.  __11-10156_____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Check n Go<br>3525 S. Martin Luther King Blvd.<br>Suite C<br>Lansing, MI 48910 | - | | DATE INCURRED: 2011<br>CONSIDERATION:<br>Cash Advance<br>REMARKS: | | | | $600.00 |
| ACCT #: xx-xxxxxx-xxxxxx03-00<br>Comcast<br>P.O. Box 3006<br>Southeastern, PA 19398-3006 | - | | DATE INCURRED: 2010<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $853.00 |
| ACCT #: xxxxxx3341<br>Credit Protection Association<br>13355 Noel Road, Ste. 2100<br>Dallas, TX 75240 | - | | DATE INCURRED: 11-2010<br>CONSIDERATION:<br>Collection - Comcast<br>REMARKS: | | | | $853.00 |
| ACCT #: xxx1955<br>Emergency Medical Assoc.<br>6880 W. Snowville Road<br>Suite 210<br>Brecksville, OH 44141 | - | | DATE INCURRED: 8/14/10<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $609.00 |
| ACCT #: xxxx4703<br>Enhanced Recovery Company, LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | - | | DATE INCURRED: 4-2011<br>CONSIDERATION:<br>Collection - AT&T<br>REMARKS: | | | | $1,214.00 |
| ACCT #: xxxx6578<br>Enhanced Recovery Company, LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | - | | DATE INCURRED: 6-2011<br>CONSIDERATION:<br>Collection - Sprint<br>REMARKS: | | | | $784.00 |

Sheet no. __1__ of __5__ continuation sheets attached to                                Subtotal >   $4,913.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                        Total >
                                    (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   King Robertson, Jr.                                                         Case No. __11-10156__
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx xxxx xxxx 0765<br>FIA CARD SERVICES<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $8,175.00 |
| ACCT #:  xxxxxx0336<br>Fingerhut<br>P.O. Box 166<br>Newark, NJ  07101-0166 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $743.00 |
| ACCT #:  xxxxxxxx9396....<br>First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD  57104 | | - | DATE INCURRED: 9-2002<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $466.00 |
| ACCT #:<br>GANTZ ASSOCIATES<br>27750 Middlebelt Road, Suite 100<br>Farmington Hills, MI  48334 | | - | DATE INCURRED: 6/2011<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxx5597....<br>Home Depot/CitiBank<br>P.O. Box 6497<br>Sioux Falls, SD  57117 | | - | DATE INCURRED: 3-2004<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $7,526.00 |
| ACCT #:  xxxx-xxxx-xxxx-7675<br>HSBC Retail Services<br>P.O. Box 4144<br>Carol Stream, IL  60197-4144 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $1,523.00 |

Sheet no. __2__ of __5__ continuation sheets attached to                                    Subtotal >     $18,434.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                             Total >
                                    (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   King Robertson, Jr.                                              Case No.   11-10156
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx2-1-19<br>I.C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64887<br>St. Paul, MN  55164-0887 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Purposes Only**<br>REMARKS:<br>**RE: DEBT OWED TO TARGET NATIONAL BANK** | | | | $0.00 |
| ACCT #:  xxxxxxxx1026....<br>**Lane Bryant Retail**<br>450 Winks Lane<br>Bensalem, PA 19020 | | - | DATE INCURRED:  9-2000<br>CONSIDERATION:<br>**Purchase of Goods/Services**<br>REMARKS:<br>**COLLECTION BY: WORLD FINANCIAL NETWORK NATIONAL BANK RECOVERY DEPARTMENT** | | | | $739.00 |
| ACCT #:<br>**Likens & Blomquist P.L.L.C.**<br>3290 W. Big Beaver Rd., Ste. 315<br>Troy, MI  48084 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Purposes Only**<br>REMARKS:<br>**RE: DEBT OWED TO CARRINGTON MORTGAGE SERVICE** | | | | $0.00 |
| ACCT #:  xxx xxxx xxx042 2<br>**Lowe's/GEMB**<br>P.O. Box 530914<br>Atlanta, GA  30353-0914 | | - | DATE INCURRED:  2010<br>CONSIDERATION:<br>**Purchase of Goods/Services**<br>REMARKS: | | | | $1,140.00 |
| ACCT #:<br>**MBNA America**<br>P.O. Box 15102<br>Wilmington, DE  19886-5102 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Purposes Only**<br>REMARKS:<br>**RE: DEBT OWED TO CACH LLC** | | | | $0.00 |
| ACCT #:  xxx5146<br>**Mid-Michigan Collection Bureau**<br>P.O. Box 130<br>St. Johns, MI  48879-0130 | | - | DATE INCURRED:  8-2008<br>CONSIDERATION:<br>**Collection - Capital Area Pathologists**<br>REMARKS: | | | | $17.00 |

Sheet no.  3  of  5  continuation sheets attached to                                   Subtotal >      $1,896.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                         Total >
                                    (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **King Robertson, Jr.**                                                            Case No.  **11-10156**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx5317<br>**Mid-Michigan Collection Bureau**<br>P.O. Box 130<br>St. Johns, MI 48879-0130 | | - | DATE INCURRED: 8-2008<br>CONSIDERATION:<br>**Collection - Cap-Lab PLC**<br>REMARKS: | | | | $33.00 |
| ACCT #:<br>**NCO Financial Systems Inc**<br>P.O. Box 15372<br>Wilmington, DE 19850-5773 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Purposes Only**<br>REMARKS:<br>RE: DEBT OWED TO AUTO CLUB GROUP | | | | $0.00 |
| ACCT #:  xxx xx1 717<br>**Shell/Citibank SD**<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | - | DATE INCURRED: 5-2006<br>CONSIDERATION:<br>**Purchase of Goods/Services**<br>REMARKS: | | | | $1,285.00 |
| ACCT #:<br>**Steven Dunnings**<br>530 S. Pine<br>Lansing, MI 48933 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>**ATTORNEY FEES**<br>REMARKS: | | | | $200.00 |
| ACCT #:  x3402....<br>**Target Corp**<br>P.O. Box 673<br>Minneapolis, MN 55440 | | - | DATE INCURRED: 7-2008<br>CONSIDERATION:<br>**Purchase of Goods/Services**<br>REMARKS: | | | | $823.00 |
| ACCT #:  xxxxxxx7097<br>**Target National Bank**<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>**Purchase of Goods/Services**<br>REMARKS:<br>COLLECTION BY: IC SYSTEMS, INC. | | | | $538.00 |

Sheet no.  **4**  of  **5**  continuation sheets attached to                              Subtotal >      $2,879.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                                       Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   King Robertson, Jr.                                                   Case No.  11-10156
                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx6212<br>The Bureaus Inc/ART VAN<br>1717 Central St.<br>Evanston, IL 60201 | | - | DATE INCURRED: 1-2011<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS:<br>COLLECTION BY: HSBC RETAIL CARD SERVICES | | | | $1,589.00 |
| ACCT #: xxxx-xxxx-xxxx-8710<br>Union Plus Credit Card<br>P.O. Box 5222<br>Carol Stream, IL 60197-5222 | | - | DATE INCURRED: 8/2010<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $5,136.00 |
| ACCT #: xxxxxxxx1026....<br>WFNNB/Lane Bryant<br>P.O. Box 182789<br>Columbus, OH 43218 | | - | DATE INCURRED: 9-2000<br>CONSIDERATION:<br>Purchase of Goods/Services<br>REMARKS: | | | | $954.00 |
| ACCT #: xxxxxxxxxx-xx1-662<br>World Financial Network National Bank<br>P.O. Box 182124<br>Columbus, OH 43218-2124 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Notice Purposes Only<br>REMARKS:<br>RE: DEBT OWED TO LANE BRYANT RETAIL | | | | $0.00 |

Sheet no. __5__ of __5__ continuation sheets attached to                                    Subtotal >   $7,679.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                             Total >   $51,959.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **King Robertson, Jr.**  Case No. **11-10156**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AARON'S**<br>3022 S. MARTIN LUTHER KING, JR.<br>LANSING, MI 48910<br><br>NUMBER 14198 | FRAME, MIRROR, DRESSER, HEADBOARD, NIGHTSTAND<br>Contract to be REJECTED |
| **MERCEDES BENTZ/FINANCIAL SERVICES**<br>13650 HERITAGE PARKWAY<br>FORT WORTH, TX 76177-5323 | VEHICLE LEASE NO. 7002956780<br>LEASE DATE 12/30/09<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)
In re **King Robertson, Jr.**                                    Case No. **11-10156**
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **King Robertson, Jr.**                               Case No. **11-10156**
                                                                  (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): Son  Daughter | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation  Name of Employer  How Long Employed  Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)  **DEBTOR**   **SPOUSE**
1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly)   $0.00
2. Estimate monthly overtime                                                    $0.00
3. SUBTOTAL                                                                     $0.00
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes (includes social security tax if b. is zero)                $0.00
   b. Social Security Tax                                                       $0.00
   c. Medicare                                                                  $0.00
   d. Insurance                                                                 $0.00
   e. Union dues                                                                $0.00
   f. Retirement                                                                $0.00
   g. Other (Specify) _____                                           $0.00
   h. Other (Specify) _____                                           $0.00
   i. Other (Specify) _____                                           $0.00
   j. Other (Specify) _____                                           $0.00
   k. Other (Specify) _____                                           $0.00
5. SUBTOTAL OF PAYROLL DEDUCTIONS                                               $0.00
6. TOTAL NET MONTHLY TAKE HOME PAY                                              $0.00
7. Regular income from operation of business or profession or farm (Attach detailed stmt)   $0.00
8. Income from real property                                                    $0.00
9. Interest and dividends                                                       $0.00
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above   $0.00
11. Social security or government assistance (Specify):
    _____                                    $1,937.00
12. Pension or retirement income                                                $1,246.00
13. Other monthly income (Specify):
    a. WIFE'S DISABILITY _____                              $1,000.00
    b. _____                                   $0.00
    c. _____                                   $0.00
14. SUBTOTAL OF LINES 7 THROUGH 13                                              $4,183.00
15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)                $4,183.00
16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15)       $4,183.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: King Robertson, Jr.   Case No. __11-10156__
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>　a. Are real estate taxes included?　☑ Yes　☐ No<br>　b. Is property insurance included?　☑ Yes　☐ No | |
| 2. Utilities:　a. Electricity and heating fuel<br>　　　　　　b. Water and sewer<br>　　　　　　c. Telephone<br>　　　　　　d. Other: CELLS-$108, CABLE $71 | $195.00<br><br><br>$179.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $800.00 |
| 5. Clothing | $250.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $76.00 |
| 8. Transportation (not including car payments) | $215.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $75.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>　a. Homeowner's or renter's<br>　b. Life<br>　c. Health<br>　d. Auto<br>　e. Other: | <br><br><br><br>$100.00<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>　a. Auto: 2004 LINCOLN<br>　b. Other:<br>　c. Other:<br>　d. Other: | <br>$507.00 |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: See attached personal expenses<br>17.b. Other: | <br><br><br>$247.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $2,694.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: None. | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>　a. Average monthly income from Line 15 of Schedule I<br>　b. Average monthly expenses from Line 18 above<br>　c. Monthly net income (a. minus b.) | <br>$4,183.00<br>$2,694.00<br>$1,489.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

IN RE: King Robertson, Jr.                          CASE NO   **11-10156**

                                                    CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---|
| HAIR CARE | $55.00 |
| CIGARETTES | $92.00 |
| PERSONAL CARE PRODUCTS | $45.00 |
| HOUSEHOLD SUPPLIES | $55.00 |
| **Total >** | **$247.00** |